UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Dec 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION                                                              MDL No. 2996

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −35)**

On June 7, 2021, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 543 F.Supp.3d 1377 (J.P.M.L. 2021). Since that time, 132 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 29, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: 11/29/2022

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION                                                                           MDL No. 2996

### SCHEDULE CTO−35 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 6 | 22−01384 | Winston County, Alabama v. McKinsey and Company Inc | |
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 22−00432 | The City of Gulf Shores, Alabama v. McKinsey and Company, Inc. | |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 22−01999 | City of Chico, California v. McKinsey and Company, Inc. | |
| **MARYLAND** | | | | |
| MD | 1 | 22−02842 | Baltimore County, Maryland v. McKinsey and Company, Inc. | |
| MD | 1 | 22−02916 | Anne Arundel County, Maryland v. McKinsey and Company, Inc. | |
| MD | 8 | 22−02773 | City of Bowie, Maryland v. McKinsey and Company, Inc. | |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 7 | 22−ap-07044 | Alma, Georgia et al v. McKinsey & Company, Inc. et al | |
| NYS | 7 | 22−ap-07045 | Bayonne, New Jersey et al v. McKinsey & Company, Inc. et al | |
| **NORTH DAKOTA** | | | | |
| ND | 3 | 22−00190 | Cass County v. McKinsey and Company, Inc. | |
| **WASHINGTON WESTERN** | | | | |
| WAW | 2 | 22−01544 | City of Seattle v. McKinsey & Co Inc et al | |
| **WEST VIRGINIA SOUTHERN** | | | | |
| ~~WVS~~ | ~~2~~ | ~~22−00471~~ | ~~S. U. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22−00472~~ | ~~J. A. H. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22−00473~~ | ~~L. M. H. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22−00474~~ | ~~A. L. K. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |

| | | | | |
|---|---|---|---|---|
| ~~WVS~~ | ~~2~~ | ~~22-00475~~ | ~~S.W. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00476~~ | ~~K.A.D. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00478~~ | ~~D.R.E. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00479~~ | ~~K. B. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00480~~ | ~~A.B.F. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00481~~ | ~~M. B. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00482~~ | ~~A.S.A. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00483~~ | ~~M. B. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00484~~ | ~~M. E. B. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00485~~ | ~~M. B. et al v. Johnson & Johnson et al~~ | Opposed 11/28/2022 |
| ~~WVS~~ | ~~2~~ | ~~22-00487~~ | ~~A. S. A. et al v. Johnson & Johnson et~~ al | Opposed 11/28/2022 |